**In the Interest of S.M., Plaintiff,**

**Juvenile Officer, Respondent,**

v.

**W.R.C. (Mother), Appellant,**

**C.K. (Putative Father), Defendant,**

**John Doe (Putative Father), Defendant.**

**No. WD 59070.**

Missouri Court of Appeals,
Western District.

Submitted May 23, 2001.

Decided June 19, 2001.

Nancy J. Alemifar, for Appellant Mother.

Anita I. Rodarte, Kansas City, MO, Attorney and Guardian, for minor children.

Michael R. Fogal, Mary Katheryn O'Malley, Kansas City, MO, for Respondent.

Before EDWIN H. SMITH, P.J., JAMES M. SMART, JR., and VICTOR C. HOWARD, JJ.

### Order

PER CURIAM:

W.R.C., mother of S.M., appeals the termination of her parental rights as to her daughter. She contends on appeal the judgment was against the weight of the evidence. No jurisprudential purpose would be served by a formal opinion. A memorandum has been prepared for the benefit of the parties, explaining the basis of the decision.

The judgment is affirmed. Rule 84.16(b).